CABRINI-GREEN COMMUNITY MARKET, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6924

D. A. MANELLI, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, respondent.

*Opinion filed January 9, 1973.*

D. A. MANELLI, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6928

BEULAH RAY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed January 9, 1973.*

HERSCH Y. FRANKS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.